Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Kelsey Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; ZOETOP BUSINESS CO., LTD., individually and doing business as "SHEIN", a Hong Kong private limited company; ROADGET BUSINESS PTE, LTD., a Singapore private limited company, individually and doing business as "EMERY ROSE"; SHEIN US SERVICES, LLC, a California corporation; and DOES 4-10,<br><br>Defendants. | Case No.: 2:24-cv-04578 PSG (SKx)<br><br><u>Hon. Philip S. Gutierrez Presiding</u><br><br>**PLAINTIFF'S FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br><u>Jury Trial Demanded</u> |

Plaintiff STAR FABRICS, INC., a California corporation ("Plaintiff"), by and through its undersigned attorneys, hereby prays to this honorable Court for relief as follows:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff STAR FABRICS, INC. is a corporation organized and existing under the laws of the State of California with its principal place of business located in Los Angeles, California.

5. Plaintiff is informed and believes and thereon alleges that Defendant SHEIN DISTRIBUTION CORPORATION ("SHEIN DISTRIBUTION") is a Delaware corporation with a principal place of business located at 757 S. Alameda St., Suite 220, Los Angeles, CA 90021, and is responsible for the importation and distribution of SHEIN products in the United States.[1]

6. Plaintiff is informed and believes and thereon alleges that SHEIN DISTRIBUTION is also the parent company of Defendant SHEIN US SERVICES, LLC ("SHEIN US"), a California corporation with its principal place of business located in an adjacent office with the address 777 S. Alameda St., FL 2, Los Angeles, CA 90021.

---

[1] "SHEIN is a leading global online retailer with operations in Guangzhou, Singapore and Los Angeles, along with other key markets." *See* https://www.linkedin.com/company/shein-distribution-corporation/

- 2 -

FIRST AMENDED COMPLAINT

7. Plaintiff is informed and believes and thereon alleges that SHEIN US owns and operates the website https://us.shein.com/, the dedicated U.S. based website for costumers of "SHEIN."[2]

8. Plaintiff is informed and believes and thereon alleges that Defendant ROADGET BUSINESS PTE, LTD. ("EMERY ROSE"), individually and doing business as "EMERY ROSE", is a Singapore wholesale trade company with its principal place of business located at 7 Temasek Boulevard, #12-08, Suntec Tower One, Singapore, 038987.

9. Plaintiff is informed and believes and thereon alleges that EMERY ROSE owns and operates the website www.emeryrose.com, the dedicated U.S. based website for costumers of "Emery Rose."[3]

10. Plaintiff is informed and believes and thereon alleges that EMERY ROSE is the owner of all rights in and to the trademarks "SHEIN" registered under US Registration Nos. 5944948, 5893349, 6649063, 5840545, 5893350, 5893348, 6224013, 6649062, 5689042, 5909109, 6861757, 6861756, 5256688; "SHEIN X" registered under US Registration No. 6924659, and "SHEIN CURVE" registered under US Registration No. 6181709.

11. Plaintiff is informed and believes and thereon alleges that Defendant ZOETOP BUSINESS CO., LTD., individually and doing business as SHEIN ("SHEIN") is a Hong Kong corporation with its principal place of business located at Rm 112 19/F 14 Taikoo Wan Rd, Tai Koo Shing, Hong Kong, and 757 S. Alameda St., Suite 220, Los Angeles, CA 90021.

12. Plaintiff is informed and believes and thereon alleges that SHEIN is the owner of all rights in and to the trademarks "EMERY ROSE" registered under US Registration Nos. 6564375 and 6564376.

---

[2] https://us.shein.com/Terms-and-Conditions-a-399.html
[3] https://www.shopemeryrose.com/link/terms

13. Plaintiff is informed and believes and thereon alleges that Defendants DOES 4 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 2 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this. Complaint to show their true names and capacities when ascertained.

14. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages proximately caused thereby.

15. SHEIN, EMERY ROSE, SHEIN DISTRIBUTION, SHEIN US and Does 4-10 will collectively be referred to as "Defendants" herein.

## INFRINGEMENT OF DESIGN 70038

16. Plaintiff owns an original two-dimensional artwork used for purposes of textile printing entitled Design # 70038 ("Subject Design A") which has been registered with the United States Copyright Office under Registration No. VA0001903961.

17. Since 2014, Plaintiff has widely disseminated fabric bearing the Subject Design to numerous parties in the fashion and apparel industries.

18. Plaintiff is informed and believes and thereon alleges that Defendants created, sold, manufactured, caused to be manufactured, imported, and/or distributed fabric and/or garments comprised of fabric bearing an unauthorized

reproduction of Subject Design A (the "Accused Products") to its retailers as well as to the public. Accused Products include but are not limited the garments sold by SHEIN under the following:

(1) SKU No. sw2211291764302421 (the "Accused Product A"),

(2) SKU No. sz2306024282807100 (the "Accused Product B"),

(3) SKU No. sz2306023215921330 (the "Accused Product C")

(4) SKU No. sz2305127201713417 (the "Accused Product D")

(5) SKU No. sf2303046552557767 (the "Accused Product E"),

(6) SKU No. sz2306020236260992 (the "Accused Product F"),

(7) SKU No. sz2304135105058167 (the "Accused Product G"),

(8) SKU No. sw2207079363302810 (the "Accused Product H"),

(9) SKU No. sz2305117301301818 (the "Accused Product I"),

(10) SKU No. sw2303034904031900 (the "Accused Product J"),

(11) SKU No. sw2301307422704874 (the "Accused Product K"),

(12) SKU No. sz2305046303363158 (the "Accused Product L"),

(13) SKU No. sz2303245658589869 (the "Accused Product M"),

(14) SKU No. sz2305114586194696 (the "Accused Product N"),

(15) SKU No. sw2301308922125876 (the "Accused Product O"),

(16) SKU No. sw2301302696275577 (the "Accused Product P"),

(17) SKU No. sz2308079777717777 (the "Accused Product Q"),

(18) SKU No. sw2303036488167766 (the "Accused Product R") and,

(19) SKU No. sw2210312913026133 (the "Accused Product S").

/ / /

/ / /

/ / /

19. A comparison of Subject Design A and the Accused Products below makes apparent that the elements, composition, arrangement, layout, and appearance of the designs are substantially similar. A representative comparison of Subject Design A and an exemplar of Accused Product appears below:



| Subject Design A | Accused Product A |
| --- | --- |
| Detail | Detail |
| Design | Garment |

## INFRINGEMENT OF DESIGN 21309

20.  Plaintiff owns an original two-dimensional artwork used for purposes of textile printing entitled Design # 21309 ("Subject Design B") which has been registered with the United States Copyright Office under Registration No. VA 2-271-076.

21.  Since 2021, Plaintiff has widely disseminated fabric bearing Subject Design B to numerous parties in the fashion and apparel industries.

22.  Plaintiff is informed and believes and thereon alleges that SHEIN and certain DOE defendants created, sold, manufactured, caused to be manufactured, imported, and/or distributed fabric and/or garments comprised of fabric bearing an unauthorized reproduction of Subject Design B (the "Accused Products") to its retailers as well as to the public. Accused Products include but are not limited the garments sold by SHEIN under the following: (1) SKU sw2112284040065006 ("Accused Product T").

/ / /

/ / /

/ / /

FIRST AMENDED COMPLAINT

23. A representative image of the Subject Design and an exemplar of Accused Products are set forth below:

| Subject Design B Exemplar: | Accused Product T Exemplar: |
|---|---|
|  |  |
| Subject Design B | Garment |
|  |  |

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

24.  Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

25.  Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to Subject Design A and B (collectively the "Subject Designs"), including, without limitation, through (a) access to Plaintiff's showroom, strike offs, and/or design library; (b) access to illegally distributed copies of the Subject Designs by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; and/or (c) access to garments in the marketplace manufactured with lawfully printed fabric bearing the Subject Designs.

26.  Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s), and each of them, has an ongoing business relationship with Defendant retailers, and each of them, and supplied garments to said retailers, which garments infringed the Subject Designs in that said garments were composed of fabric which featured unauthorized print designs that were identical or substantially similar to the Subject Designs, or were an illegal modification thereof.

27.  Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from the Subject Design and by producing, distributing and/or selling Accused Products through a nationwide network of retail stores, catalogues, and through on-line websites.

28.  Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

29. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the Subject Design in an amount to be established at trial, or in the alternative statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants, their agents and employees be enjoined from infringing Plaintiff's copyrights in any manner, specifically those for the Subject Designs;

b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 505 et seq.;

c. That a trust be imposed over the revenues derived by Defendants, and each of them, through the sales or distribution of the product at issue;

d. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act, 17 U.S.C. § 505 et seq.;

e. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

f. That Plaintiff be awarded pre-judgment interest as allowed by law;

g. That Plaintiff be awarded the costs of this action; and

h. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: July 30, 2024        By:    */s/ Stephen M Doniger*
                                           Stephen M. Doniger, Esq.
                                           Kelsey M. Schultz, Esq.
                                           DONIGER / BURROUGHS
                                           Attorneys for Plaintiff