| | |
|---|---|
| Stephen M. Doniger (SBN 179314)<br>stephen@donigerlawfirm.com<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice California 90291<br>Telephone: (310) 590-1820 | Scott P. Shaw (Bar No. 223592)<br>sshaw@merchantgould.com<br>MERCHANT & GOULD P.C.<br>8383 Wilshire Blvd., Suite 935<br>Beverly Hills, California 90211<br>Telephone: (949) 330-0202 |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>SHEIN DISTRIBUTION CORP., a California corporation; ZOETEOP BUSINESS CO., LTD., individually and doing business as "SHEIN", a Hong Kong private limited company; ROADGET BUSINESS PTE, LTD., a Singapore private limited company, individually and doing business as "EMERY ROSE"; SHEIN US SERVICES, LLC, a California Corporation; and DOES 4-10.<br><br>  Defendants. | Case No.: 2:24-cv-04578 SRM-SK<br><u>Hon. Serena R. Murillo Presiding</u><br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE** |

STIPULATION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Star Fabrics, Inc. ("Star Fabrics" or "Plaintiff") and Defendants Shein Distribution Corporation ("SDC"), Zoetop Business Co., Ltd. ("Zoetop"), Roadget Business Pte. Ltd. ("Roadget"), and Shein US Services LLC ("SUS") (collectively, "Defendants" or "Shein" and, together with Star Fabrics, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

1. The action is hereby dismissed in its entirety without prejudice; and

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

This stipulation is made pursuant to Fed. R. Civ. P. 41(a)((1)(A)(ii) and per that Rule does not require an Order.

IT IS SO STIPULATED.

DATED: March 13, 2025

/s/Stephen M. Doniger
Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

/s/Scott P. Shaw
Scott P. Shaw (Bar No. 223592)
sshaw@merchantgould.com
MERCHANT & GOULD P.C.
8383 Wilshire Blvd., Suite 935
Beverly Hills, California 90211
Telephone: (949) 330-0202
Facsimile: (612) 332-9081

*Attorney for Defendants*

STIPULATION TO DISMISS WITHOUT PREJUDICE

- 1 -

## **ATTESTATION**

I attest under penalty of perjury that I have obtained consent to file this document from every signatory, above.

DATED: March 13, 2025

*/s/Stephen M. Doniger*
Counsel for Plaintiff

STIPULATION TO DISMISS WITHOUT PREJUDICE

-2-