## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# JS-6

### CIVIL MINUTES – GENERAL

| Case No. | CV 24-04578-FWS (SKx) | Date | March 14, 2025 |
|---|---|---|---|
| Title | Star Fabrics Inc. v. Shein Distribution Corporation et al | | |

Present: The Honorable    SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**    **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS CASE**

The Court, having been advised that this action has been resolved by a Stipulation to Dismiss Case [45], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Any pending Order to Show Cause is hereby discharged.

                                                        -        :        -

Initials of Deputy Clerk    mku